**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: JEREMY ALFORD,

    Petitioner,

Case No. 8:23-mc-18-TPB-SPF

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    This matter is before the Court on consideration of the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on September 27, 2023. (Doc. 30). Judge Flynn recommends that Petitioner's "Verified Petition to Perpetuate Testimony" (Doc. 1) be denied. No party has filed an objection, and the time to object has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

    Upon due consideration of the record, including Judge Flynn's report and

recommendation, the Court adopts the report and recommendation. Consequently, Petitioner's "Verified Petition to Perpetuate Testimony" (Doc. 1) is denied.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  Judge Flynn's report and recommendation (Doc. 30) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)  Petitioner's "Verified Petition to Perpetuate Testimony" (Doc. 1) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 20th day of October, 2023.

*/s/ Tom Barber*

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**